IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALICIA NICOLE SHUBERT,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-CV-4937** |
| : | |
| **CARESIFY HOMECARE, LLC,** *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 7th day of October, 2025, upon consideration of Plaintiff Alicia Nicole Shubert's Motion to Proceed *In Forma Pauperis* (ECF No. 6), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

   a. Claims brought on behalf of third parties are **DISMISSED WITHOUT PREJUDICE** for lack of standing.

   b. Shubert's federal claims are **DISMISSED WITH PREJUDICE**.

   c. Shubert's state claims are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction. Shubert may refile these claims in an appropriate state court.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

S/ WENDY BEETLESTONE

**WENDY BEETLESTONE, C.J.**